UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| PHILLIP N. LINK and MICHELLE B. LINK, husband and wife, | ) ) ) | |
| Plaintiffs, | ) ) | NO. 13-CV-0404-JLQ |
| v. | ) ) ) | **ORDER DIRECTING ENTRY OF JUDGMENT OF DISMISSAL WITH PREJUDICE** |
| DEUTSCHE BANK NATIONAL TRUST COMPANY | ) ) ) | |
| Defendant. | ) | |

Pursuant to the Stipulation of the parties (ECF No. 12), the Clerk of this court shall enter Judgment of Dismissal of the Complaint (ECF No. 1, Ex. A) and the claims therein with prejudice and without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order and Judgment, forward copies to counsel, and close this file.

DATED this 16th day of July 2014.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1